Name: Eduardo Hernandez
Reg. No.: 84657 198
California City Correctional Center
P.O.Box 3001-0001
California City, California 93504

FILED

2012 JAN 23  PM 3: 26

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

| United States of America ) | Case No: 09CR2661 GT |
|---|---|
| Plaintiff, ) | MOTION FOR TIME REDUCTION |
| ) | BY AN INMATE IN FEDERAL |
| ) | CUSTODY UNDER 28 U.S.C. § |
| Vs. ) | 2255. |
| ) | |
| Eduardo Hernandez ) | |
| Defendant. ) | |

COMES NOW, The Defendant " Eduardo Hernandez Propria Persona, requesting this Honorable Court for a time reduction based on the following grounds. Memorandum of points and Authorities established by this Motion, factual basis. Under the Attorney General Memorandum dated April 28, 1995, the United States Attorney General can offer up to two (2) points downward departure if defendant accept a final deportation order.

Because Defendant Eduardo Hernandez cannot be housed in a minimum security facility, or community Correctional Center based on his deportation alien status, he asks this Honorable Court to take into consideration and possible grant Defendant a downward departure.



G. DUMLAO-LITTLE
Commission # 1916065
Notary Public - California
Kern County
My Comm. Expires Dec 9, 2014

-1-

Both a United States CItizen and an alien inmate / resident live and comport by the same rules, policies and standard of such institution.

Therefore Defendant Mr. *Eduardo Hernandez* prays that the Honorable Court grant him all relief to which he may be entitled in this proceeding.

This Motion is submitted in good faith, and pursuant to V and XIV Amendment that guaranteed right protection of the United States of America Consitution.

Respectfully submitted,

Dated: 1-18-12

*Eduardo H.*

C.C.

Dated:

G. DUMLAO-LITTLE
Commission # 1916065
Notary Public - California
Kern County
My Comm. Expires Dec 9, 2014

-3-

## FACTS OF DEFENDANT'S PRESENT INCARCERATION

Defendant _Eduardo Hernandez_ is currently in the custody of the United States Attorney General at California City Correctional Center, P.O.Box 3001-0001, California City, CA 93504.

On or about _6-14-09_ Defendant Mr. _Eduardo Henandez_ was arrested and Indicted for Criminal charges. Mr. _Eduardo Hernandez_ was Sentence in the United States District Court for the _Reetry_ District of: _San Diego_ to a term of _48_ months and _3_ year of Supervised Release.

## THE DEFENDANT IS SEEKING RELIEF DUE TO THE FOLLOWING POINTS AND AUTHORITIES

(1) Equal Protection Right Pursuant to XIV Amendment to the United States Consitution.

(2) Due Process, V Amendment.

(3) Equal Right Act no person shall be discriminated, regardless of race, color, sex, religion, or Nationality.

A United States Citizen is entitled to different priviliges due to his or her origin like one (1) year reduction of sentence through a drug program three months half-way house to prepare to re-assimilate, a Unicor job, with good wages and other benefits.

A alien is deprived of his benefits or privileges due to his or her status and find himself/ herself committed to harsher time, or sentence due his or her status in the United States of America.



G. DUMLAO-LITTLE
Commission # 1916065
Notary Public - California
Kern County
My Comm. Expires Dec 9, 2014

United States Department of Justice
ICE Office of Detention and Removal Orders
Field Office Director, Phoenix
2035 North Central Avenue
Phoenix, AZ 85004

RE: Stipulated Deportation Order and Pursuant to A.R.S. 41-1604.14

Any foreign born inmate who meets ALL eligibility criteria for release pursuant to A.R.S. 41-1604.14 must have a current deportation order prior to being release upon reaching one-half (1/2) of their imposed sentence.

41-1604.14   RELEASE OF PRISONERS with detainers; eligibility; revocation of release.
A. Notwithstanding any law to the contrary, the director may release a prisoner to the custody and control of the United States Immigration and Naturalization Service if all of the following requirements are satisfied:

1. The department receives an order of deportation from the United States Immigration and Naturalization Service.
2. The prisoner has served at least one-half (1/2) of the sentence imposed by the court.
3. The prisoner was convicted of a class 3, 4, 5 or 6 felony offense.
4. The prisoner was not convicted of an offense under Title 13, Chapter 11, Section 13-1101 et seq.
5. The prisoner was not convicted of a sexual offense pursuant to A.R.S. 13-1404, 13-1405, 13-1406 or 13-1410.
6. The prisoner was not sentenced pursuant to 13-604.

B. If a prisoner who is released pursuant to this section returns illegally to the United States, upon notification from any federal or state law enforcement agency that the prisoner is in custody, the director shall revoke the prisoner's release. The prisoner shall not be eligible for parole, community supervision or any other release from confinement until the remainder of the sentence of imprisonment is served, except pursuant to A.R.S. 31-233, subsection A or B. Added by Laws 1996, Ch. 257, subsection 10. Amended by Laws 1997, Ch. 212 subsection 14, eff. April 28, 1997.

I, _Eduardo Hernandez_, wish to obtain a deportation order, and submit this written request in order to obtain a stipulated deportation order. I have read the foregoing and understand the contents thereof; that the same is true of my own knowledge except those matters therein stated upon information and belief, are and as to those I believe them to be true.

I, RESPECTFULLY submit this request for a stipulated deportation order this _18_ day of _Enero_, 20_12_.

Affiant Signature: _____

Printed Name: _____
ASPC-CCA Diamondback Correctional Facility

CERTIFICATE OF SERVICE / OR MAILING

Case Name: Eduardo Henandez
Case No: 09CR2661GT

I, the undersigned, hereby affirm that on this 1-18-12 day of Enero 2012. I deposited in the recpticle for the United States mail provided at this Institution for inmates, first class pre-paid postage, in a sealed envelope and addressed to:

UNITET States Distric Court.
880 Front street Suite. #4290
San Diego C.A 92101

A true and correct copy of the attached document(s) identified as follows: Motion For Time Reduction

In accordance with Houston V. Lack 487 U.S. 266 (1988) these documents are deemed filed and served as of this date. Pursuant to 28 U.S.C. § 1746 (2). I further declare under the penalty of perjury that the foregoing is correct and true.

Dated: 1-18-12

G. DUMLAO-LITTLE
Commission # 1916065
Notary Public - California
Kern County
My Comm. Expires Dec 9, 2014

-4-

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
UNITED STATES OF AMERICA

## DEFENDANTS
EDUARDO HERNANDEZ

(b) County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
CCA Eden Detention Center
P.O. BOX 605
Eden, TX 76837

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☒ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 USC 2255
Brief description of cause:
MOTION TO VACATE

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions)
JUDGE _____
DOCKET NUMBER _____

DATE _____
SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

